UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PHILOMENE CADET,                                   CASE NO.: 1:21-cv-22772-KMW

    Plaintiff,

v.

HEBREW HOME SINAI, a Florida Not For Profit Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, PHILOMENE CADET, and the Defendant, HEBREW HOME SINAI, A FLORIDA NOT FOR PROFIT CORPORATION hereby stipulate and agree that the above-styled matter is to be dismissed with prejudice as an adjudication on the merits and that the cause has been amicably settled as to all issues. All liens and subrogated interests are to be paid by the Plaintiffs out of the proceeds of the settlement herein, including, but not limited to, attorneys' fees, and costs. Defendant shall go hence without day.

STIPULATED and AGREED by the parties hereto that this action be dismissed as to Defendant, HEBREW HOME SINAI, a Florida Not For Profit Corporation with prejudice, each party to bear its own costs and attorney's fees.

| For the Plaintiff: | For the Defendant: |
|---|---|
| REMER & GEORGES-PIERRE PLLC | COLE, SCOTT & KISSANE, P.A. |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

CASE NO.: 1:21-cv-22772-KMW

| | |
|---|---|
| 44 West Flagler St.. Suite 2200<br>Miami, FL  33130<br>(305) 416-5000; Fax (305) 416-5005 | Esperante Building, 222 Lakeview Ave., Suite 120, West Palm Beach, Florida 33401<br>(561) 383-9259; Fax (561) 683-8977 |
| By:   s/Jason S. Remer<br>    JASON S. REMER<br>    E-Mail: jremer@rgpattorneys.com<br>    Florida Bar No.: 165580 | By:   s/ Stephanie Partlow<br>    STEPHANIE PARTLOW<br>    E-mail: stephanie.partlow@csklegal.com<br>    Florida Bar No.: 30046 |